**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 8, 2024.**



In The

# Fourteenth Court of Appeals

———

## NO. 14-24-00677-CV

———

### IN RE ANSEL KEYMOND PENNYGRAPH, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-21874**

## MEMORANDUM OPINION

On September 16, 2024, relator Ansel Keymond Pennygraph filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to rule on "several timely and properly filed motions."

On September 18, 2024, the court notified relator by order that his petition did not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.1, 52.3(j), (k)(1)(A), 52.7(a)(1)-(2). Relator was ordered to supplement and/or amend his petition to address the identified issues on or before October 2, 2024.

On October 1, 2024, relator filed a "Request for an Extension of Time to Comply with Tex. R. App. Proc. 52 or Voluntary Withdraw [sic] of the Original Proceeding Without Prejudice to Comply with Tex. R. App. Proc. 52."

In order to allow relator the necessary time to obtain documents and, thereafter, file a petition and record compliant with Rule 52 of the Texas Rules of Appellate Procedure, we grant relator's voluntary withdrawal of this original proceeding. Accordingly, we dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.